B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## District of Maryland

**In re**   Sanchez, Hiris Vanesa

Case No. _____

**Debtor**

Chapter _____7_____

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept ............................................................................................   $2,000.00

Prior to the filing of this statement I have received ...............................................................................   $2,000.00

Balance Due ............................................................................................................................................   $0.00

2.   The source of the compensation paid to me was:

☐ Debtor       ☑ Other (specify)   Jonathan Henriquez

3.   The source of compensation to be paid to me is:

☑ Debtor       ☐ Other (specify)

4.   ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.   Analysis of the debtor' s financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

b.   Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following services:

Lawsuits, adversary proceedings, appeals, 2004 examinations.

B2030 (Form 2030) (12/15)

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

03/14/2024                                    /s/ Diana Valle

Date                                            Diana Valle
                                                *Signature of Attorney*

                                                Bar Number: 18377
                                                The Valle Law Firm, LLC
                                                3 Bethesda Metro Center 700
                                                Bethesda, MD 20814
                                                Phone: (301) 760-4204

                                                The Valle Law Firm, LLC
                                                *Name of law firm*